```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**John A. Baldi**

    **v.**                         Case No.   04-CV-466-PB

**John T. Broderick, Jr., et al.**


### O R D E R

On September 21, 2005, I issued a Memorandum and Order declining to exercise supplemental jurisdiction over Ronald and Gail Brown's counterclaims.  As a result, I dismissed the counterclaims without prejudice.

John Baldi argues that this ruling is erroneous because the Browns invoked the court's diversity jurisdiction rather than its supplemental jurisdiction.  If the Browns agree with Baldi's contention, they shall, on or before October 28, 2005, file a motion to reconsider the September 21, 2005 Memorandum and Order to the extent that it dismisses their counterclaims.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

October 19, 2005

```
cc:  John A. Baldi, pro se
     Daniel J. Mullen, Esq.
     Brian J.S. Cullen, Esq.
     Charles Russell, Esq.
     John A. Curran, Esq.
```