**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**John A. Baldi**

   **v.**                                     Case No.  04-CV-466-PB

**John T. Broderick, Jr., et al.**

**ORDER**

     On September 21, 2005, I directed John Baldi to show cause "as to why he should not be permanently enjoined from filing further complaints based on the transactions that form the basis for the current action."  Memorandum and Order dated September 21, 2005 at 17-18.  Baldi responded on October 15, 2005 with a memorandum arguing that my order granting defendants' motion to dismiss the pending complaint was incorrectly decided.  Baldi's response does nothing to allay my concerns that Baldi will continue to file frivolous lawsuits concerning the same subjects that form the basis for the current complaint unless an injunction is entered against him.

     Accordingly, I hereby enter the following Order:

     John A. Baldi is hereby ordered not to file any further
actions in this court that concern or are related to
the 1999 assault, the 2000 road improvement project, or
the 2003 libel action, all as described more fully in

my Memorandum and Order of September 21, 2005.  All
future complaints submitted by Baldi for filing in this
court must be accompanied by a motion for leave to file
which shall clearly and concisely explain why the
proposed action is not subject to this Order.  The
clerk is directed to present all new filings by Baldi
to the undersigned judge.  Any filing that is not
accompanied by a motion for leave to file will be
rejected.  If leave to file is granted, the case will
be randomly assigned in the usual course.


SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

October 19, 2005

cc:   John A. Baldi, pro se
      Daniel J. Mullen, Esq.
      Brian J.S. Cullen, Esq.
      Charles Russell, Esq.
      John A. Curran, Esq.