```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Baldi</u>

    v.                              04-cv-466-PB

<u>Broderick, et al.</u>

<u>ORDER</u>

Re: Document No. 87, Objection to the Courts Order dated 4/20/06

Ruling: John Baldi objects to my most recent order in this action and, among other things, he asks me to rescind my order referring the Motion to Quash to the Magistrate Judge. I treat his request as a motion to reconsider and deny the motion.

                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        U.S. District Judge

Date: April 24, 2006

cc: Counsel of Record