### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>John A. Baldi</u>

    v.                                    Civil No. 04-cv-466-PB

<u>John T. Broderick, Jr., et al.</u>

### **O R D E R**

Pending a ruling on the motion to quash subpoenas, the depositions of Chief Justice Broderick, Justice Dalianis, Justice McGuire and Justice Fitzgerald are stayed.

    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: April 25, 2006

cc:    John A. Baldi, *pro se*
       Daniel J. Mullen, Esq.
       Brian J.S. Cullen, Esq.
       John A. Curran, Esq.
       Charles A. Russell, Esq.